UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RES-NV KOBIE CREEK LLC, | Case No. 2:11-cv-00347-ECR-RJJ |
| Plaintiff, | |
| vs. | ORDER |
| LARRY L. SAYERS, KOBIE CREEK LLC, SADIE ESTATES LLC, | |
| Defendants. | |

On June 3, 2011, Plaintiff filed a Motion (#13) to Strike the Answer of Defendants Kobie Creek LLC and Sadie Estates LLC. No response was timely filed to the motion. The Motion to Strike is well taken. An LLC may not appear pro se and may only appear in this Court through an attorney duly admitted to the Bar.

Therefore, Plaintiff's Motion to Strike (#13) is granted and the Answer (#8) filed on behalf of Defendants Kobie Creek LLC, Sadie Estates LLC is stricken.

Dated this 4th day of August 2011.

_____
EDWARD C. REED, JR.
United States District Judge